KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| | ) Misc. No. 3:12-cv-00569-RCJ-VPC |
| v. | ) |
| PAUL J. MALIKOWSKI, | ) |
| | ) **NOTICE OF DISMISSAL PURSUANT** |
| Respondent. | ) **TO F.R.Civ.P. 41(a)(1)** |

The United States, by and through its undersigned counsel, hereby submits this notice of dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No other party has appeared in this action and therefore pursuant to Rule 41(a)(1)(A)(i), this case may be dismissed upon the filing of this notice.

Dated this 8th day of August, 2013.

                                            KATHRYN KENEALLY
                                            Assistant Attorney General

                                            /s/ Virginia Cronan Lowe
                                            VIRGINIA CRONAN LOWE
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice

                                            Of Counsel:
                                            DANIEL BOGDEN
                                            United States Attorney